IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHEILA SCAMMAN, Individually and as Parent, Legal Guardian and Next Friend of T.A. a/k/a T.C., a minor,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and HILLCREST HEALTHCARE SYSTEM, et al.,<br><br>          Defendants. | Case No. 09-CV-497-FHM |

## OPINION AND ORDER

The United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Plaintiff's Failure top Exhaust Administrative Remedies [Dkt. 22] is GRANTED.

Plaintiff concedes that she failed to exhaust administrative remedies and that the case was filed prematurely under 28 U.S.C. § 2675(a) and *McNeil v. United States*, 508 U.S. 106, 111, 113 S.Ct. 1980, 1983, 124 L.Ed.2d 21 (1993). [Dkt. 23, p. 3]. Plaintiff therefore requests that the court dismiss the case without prejudice to refiling.

This action is therefore DISMISSED without prejudice to refiling.

SO ORDERED this 16th day of November, 2009.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE